United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-03999-HWV
John J Romanowski     Chapter 13
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 15, 2020     Form ID: ordsmiss     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J Romanowski, 148 Beaver Road, Harrisburg, PA 17112-3019 |
| cr | + | Santander Bank, N.A., Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |
| cr | + | Santander Bank, N.A. c/o Thomas A. Capehart, Esqui, Gross McGinley, LLP, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 5248199 | + | Dauphin County Tax Claim, PO Box 1295, Harrisburg, PA 17108-1295 |
| 5248201 | + | Member's 1st FCU, PO Box 2104, Mechanicsburg, PA 17055-2104 |
| 5248202 | + | Mr. Tony Drake, 5504 Driftwood Avenue, Harrisburg, PA 17112-3025 |
| 5252233 | ++ | PERRY COUNTY TAX CLAIM BUREAU, ATTN KRISTINE A ADKINS DIRECTOR, P O BOX 37, NEW BLOOMFIELD PA 17068-0037 address filed with court:, PERRY COUNTY TAX CLAIM BUREAU, 25 W MAIN STREET, PO BOX 37, NEW BLOOMFIELD, PA 17068 |
| 5248204 | + | Perry County Tax Claim, PO Box 63, New Bloomfield, PA 17068-0063 |
| 5248205 | + | Riverview Bank, 200 Front St, P O Box B, Marysville, PA 17053-0017 |
| 5266200 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 5255214 | + | Santander Bank, N.A., 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 5259785 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5248200 | | Email/Text: unger@members1st.org | Oct 15 2020 19:18:00 | Member's 1st FCU, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5257149 | + | EDI: AGFINANCE.COM | Oct 15 2020 23:08:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 5248203 | + | EDI: AGFINANCE.COM | Oct 15 2020 23:08:00 | One Main Financial, 311 Union St, Millersburg, PA 17061-1674 |
| 5252233 | | Email/Text: kadkins@perryco.org | Oct 15 2020 19:17:00 | PERRY COUNTY TAX CLAIM BUREAU, 25 W MAIN STREET, PO BOX 37, NEW BLOOMFIELD, PA 17068 |
| 5248206 | + | EDI: DRIV.COM | Oct 15 2020 23:08:00 | Santander, P O Box 660633, Dallas, TX 75266-0633 |
| 5248207 | | EDI: TFSR.COM | Oct 15 2020 23:08:00 | Toyota Financial, PO Box 371339, Pittsburgh, PA 15250 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 John J Romanowski pat@turnerandoconnell.com |
| Thomas A. Capehart | on behalf of Creditor Santander Bank  N.A. c/o Thomas A. Capehart, Esquire jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John J Romanowski,<br>aka John J Romanowski Sr, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−03999−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 15, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)